## BILLIE BURRIS v. STATE.

No. A-9226.   March 5, 1937.

(65 Pac. [2d] 1028.)

Geo. L. Sneed, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, hereinafter called the defendant, was convicted of assault with intent to kill, and sentenced to serve a term of three years in the penitentiary, and appeals.

The record in this case was filed in this court on November 13, 1936; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The evidence is sufficient to support the verdict of the jury. The case is therefore affirmed.